**Opinion issued August 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00326-CV

————————————

**APPLE INC., Appellant**

**V.**

**BRIAN DUBISKI AND MICHELLE DUBISKI, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF MADISON DUBISKI, AND TY DUBISKI, Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-79885**

---

## MEMORANDUM OPINION

This appeal was abated to allow the parties to complete the terms of a settlement in principle. Averring that the settlement has been finalized, appellant Apple Inc. has filed an unopposed motion for voluntary dismissal of this appeal. No

opinion has issued in this appeal. Accordingly, we reinstate the case, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.